UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ETERNIX LTD.,<br><br>   Plaintiff,<br><br> v.<br><br>CIVILGEO, INC., and<br><br>CHRIS MAEDER,<br><br>   Defendants. | Case No. 3:23-cv-00633-jdp<br><br>**DEMAND FOR JURY TRIAL** |

**DECLARATION OF MICHAEL D. MITZENMACHER IN SUPPORT
OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

 I, Michael D. Mitzenmacher, declare under penalty of perjury that the following is true and correct:

 1. I have been retained by Cleary Gottlieb Steen & Hamilton LLP, counsel for plaintiff Eternix Ltd. ("Eternix"), on behalf of Eternix as an independent expert in this matter. I make this Declaration in support of Eternix's Motion for Partial Summary Judgment.

 2. I make this Declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

 3. I have provided two expert reports in this matter, one dated September 6, 2024 and the other dated November 22, 2024. I understand the reports (including their exhibits) have been filed on the docket: the September 6 report is Dkt. 90 and the November 22 report is Dkt. 91. The reports are truthful and accurate; and subject to any opportunity or request to provide additional or supplemental opinions, they set forth my opinions and the grounds for them.

2

Executed on December 13, 2024

       *Michael Mitzenmacher*
_____
Michael D. Mitzenmacher